American Exchange National Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Scott, Dowling and Hotchkiss, JJ.

John A. Connolly, Appellant, v. William Church Osborn, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ada C. Lorenz, Respondent, v. Samuel Lorenz, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elektra Toy and Novelty Company, Appellant, v. Jennie S. Simon and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

M. G. Babcock Company, Respondent, v. Henry H. Goodwin, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of James B. Hammond, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frank M. Wells, as Executor, etc., Respondent, v. John C. Eckerson, Trustee, etc., Appellant, Impleaded with Mary E. Coggins and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Morris Tableporter, Respondent, v. Schenectady Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harry U. Williams, Respondent, v. Franklin's, Incorporated, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James W. Adams, Appellant, v. Edwin H. Stewart and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James W. Adams, Plaintiff, v. Edwin H. Stewart and Others, Respondents, Impleaded with Elizabeth S. Turner, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, Respondent, v. William H. Ammerman and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Receivership of Melvin Stable Company, Appellant, in Proceedings Supplementary to Execution in Which Annie Donahue Is Plaintiff and Judgment Creditor against Melvin Stable Company, Defend-